UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BULLIS, Alana K.,<br><br>        Plaintiff,<br><br>     v.<br><br>NICHOLS, DAVID, individually and as a marital community,<br><br>        Defendant. | Case No. C05-5081RJB<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME TO JOIN PARTIES |

    This matter comes before the court on Plaintiff's Motion to Enlarge Time to Join Parties. Dkt. 12. The court has considered the relevant documents and the remainder of the file herein.

    On June 30, 2005, plaintiff filed a motion to extend the time for joining additional parties from July 23, 2005, to August 15, 2005. Dkt. 12. Plaintiff stated that discovery was delayed due to her health problems, and that she needs additional time to review documents in order to determine which public officials should be joined as defendants. *Id.*

    Defendant has not filed opposition to the motion and, in accord with W.D. Wash. Local Civil Rule 7(b)(2), the court deems the failure to respond to be an admission that the motion has merit. Plaintiff has shown good cause for extending the deadline for joining additional parties. The court should grant plaintiff's motion.

    The court notes that plaintiff did not file a proposed order with her motion. Plaintiff is notified that she is required to comply with the applicable federal and local rules of procedure as she proceeds with this case. Failure to comply with the rules may result in imposition of sanctions. *See* Local Rule GR 3.

ORDER
Page - 1

Therefore, it is hereby

**ORDERED** that Plaintiff's Motion to Enlarge Time to Join Parties (Dkt. 12) is **GRANTED**. The deadline for joining parties is extended to August 15, 2005.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 15th day of July, 2005.

/s/ Robert J. Bryan
Robert J. Bryan
U.S. District Judge